FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2018 AUG -7  PM 3: 10

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Marc Beaumont
    Plaintiff,

                              Case No. 6:18-CV-712-PGB-GJK

v.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.;
THE BANK OF NEW YORK MELLON;
JONATHON MEISLES; MELISSA KONICK;
KRISTIN GOTTFRIED; MARK HOLMBERG;
IVY J. TAUB; MONICA DARROW;
AND JAMIE EPSTEIN,
        Defendants.

## NOTICE TO THE COURT IN RESPONSE TO ORDER DIRECTING COMPLIANCE
## DATED JULY 30, 2018

I am Marc Beaumont, one of the people of Florida, and in this court of record states the following:

1. Plaintiff mailed to each Defendant, ROBERTSON, ANSCHUTZ, & SCHNEID, Jonathon Meisles, Melissa Konick, Kristin Gottfried, Mark Holmberg, Ivy J. Taubs, Monica Darrow and Jamie Epstein a "Waiver of Service", forms ao 398 and ao 399 with a copy of complaint to each on July 3, 2018. Delivery was executed on July 5, 2018 2:47 pm. Delivery status sheet enclosed.

2. Plaintif mailed to THE BANK of NEW YORK MELLON a "Waiver of Service" forms ao 398 and ao 399 with a copy of the complaint on July 3, 2018. Delivery was executed on July 6, 2018 at 11.25 am. Delivery status sheet enclosed.

Encl: 2 Delivery status sheets
    For all defendants

Dated: August 6, 2018

Respectfully submitted,

By: _Marc Beaumont_

    Marc Beaumont,   mbpromo6@hotmail.com
    1122 Meditation Loop,   386-760-5905
    Port Orange, Florida 32129

# USPS Tracking®

FAQs  ›  (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 9505515408678184324870

Remove ✕

**Expected Delivery on**

## THURSDAY

**5** JULY
2018 ⓘ

by
**8:00pm** ⓘ

## ⊘ Delivered

July 5, 2018 at 2:47 pm
Delivered, Individual Picked Up at Post Office
BOCA RATON, FL 33431

Get Updates ⌄

---

Text & Email Updates     ⌄

---

Tracking History     ⌄

---

Product Information     ⌄

---

See Less ⌃

# USPS Tracking®

**FAQs ›** (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 9505515408678184324887

Remove ✕

**Expected Delivery on**

# FRIDAY

# 6

JULY
2018 ⓘ

**by**

# 8:00pm ⓘ

## ⊘ Delivered

July 6, 2018 at 11:25 am
Delivered, To Agent
NEW YORK, NY 10007

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

## See Less ⌃