AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Marc Beaumont | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:18-cv-712-PGB-GJk |
| Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/7/18

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont <br><br> *Plaintiff(s)* <br> v. <br> Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 6:18-cv-712-PGB-GJk |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Bank of New York Mellon
c/o Stephan B. Wells
One Wall Street
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Marc Beaumont )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 6:18-cv-712-PGB-GJk
)
Robertson, Anschutz & Schneid, P.L.; The Bank of )
New York Mellon; Jonathon Meisles; Melissa Konick; )
Kristin Gottfried; Mark Holmberg; Ivy J. Taub; )
Monica Darrow and Jamie Epstein )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jonathan Meisles
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont <br><br> *Plaintiff(s)* <br><br> v. <br><br> Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein <br><br> *Defendant(s)* | Civil Action No. 6:18-cv-712-PGB-GJk |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melissa Konick
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont <br><br> *Plaintiff(s)* <br> v. <br> Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein <br> *Defendant(s)* | Civil Action No. 6:18-cv-712-PGB-GJk |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kristin Gottfried
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont <br><br> *Plaintiff(s)* <br> v. <br> Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein <br> *Defendant(s)* | Civil Action No. 6:18-cv-712-PGB-GJk |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Holmberg
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont<br><br>*Plaintiff(s)*<br>v.<br>Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein<br>*Defendant(s)* | Civil Action No. 6:18-cv-712-PGB-GJk |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ivy J. Taub
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont <br><br> *Plaintiff(s)* <br> v. <br> Robertson, Anschutz & Schneid, P.L.; The Bank of New York Mellon; Jonathon Meisles; Melissa Konick; Kristin Gottfried; Mark Holmberg; Ivy J. Taub; Monica Darrow and Jamie Epstein <br> *Defendant(s)* | Civil Action No. 6:18-cv-712-PGB-GJk |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Monica Darrow
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/7/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Marc Beaumont )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>Robertson, Anschutz & Schneid, P.L.; The Bank of )<br>New York Mellon; Jonathon Meisles; Melissa Konick; )<br>Kristin Gottfried; Mark Holmberg; Ivy J. Taub; )<br>Monica Darrow and Jamie Epstein )<br>*Defendant(s)* ) | Civil Action No. 6:18-cv-712-PGB-GJk |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jamie Epstein
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc Beaumont
1122 Meditation Loop
Port Orange, FL 32129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  9/7/18

Signature of Clerk or Deputy Clerk