UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC BEAUMONT,

    Plaintiff,

vs.                                  Case No.  6:18-cv-712-Orl-40GJK

ROBERTSON, ANSCHUTZ & SCHNEID, P.L, THE BANK OF NEW YORK MELLON, et al.,

    Defendants.
_____/

**DEFENDANT THE BANK OF NEW YORK MELLON'S
MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant THE BANK OF NEW YORK MELLON ("BONY"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby files this Motion for Enlargement of Time to Respond to the First Amended Verified Complaint ("Amended Complaint") filed by Plaintiff MARC BEAUMONT ("Plaintiff"), and states as follows:

1. Plaintiff filed his Amended Complaint on June 28, 2018.  Plaintiff, however, did not serve his Amended Complaint on BONY until September 14, 2018.  Accordingly, the responsive pleadings or motions direct to the Amended Complaint are due to be filed today, October 5, 2018.

2. BONY recently obtained the representation of the undersigned firm, who filed a Notice of Appearance today.  Due to other professional and personal commitments, BONY and its counsel do not have sufficient time to review and respond to the Amended Complaint by today's deadline.

3. Based on the above good cause shown, BONY respectfully requests a 14-day

enlargement of time through and including Friday, October 19, 2018 to file responsive pleadings or motions directed to the Amended Complaint.

4.     BONY and its counsel state that this enlargement of time is not being sought for purposes of delay, and that the relief sought herein will not prejudice any party to this action.

5.     BONY's counsel has contacted Plaintiff, who is acting *pro se* and states that he objects to the relief sought herein.

WHEREFORE, Defendant THE BANK OF NEW YORK MELLON respectfully requests that this Court enter an Order enlarging the deadline to serve responsive pleadings or motions directed to the First Amended Complaint through and including Friday, October 19, 2018.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

By: s/ *Linda M. Reck*
Linda M. Reck, Esq.
Florida Bar No. 669474
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000
*Reckl@gtlaw.com*
*Shelnutl@gtlaw.com*
*FLService@gtlaw.com*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2018, I electronically filed the foregoing Motion for Enlargement of Time to Respond to Plaintiff's First Amended Complaint with the Clerk of Court using CM/ECF which will send an electronic notification of such filing to all participants in the Court's ECF filing system and on Plaintiff Marc Beaumont, 1122 Meditation Loop, Port Orange, Florida 32129, Email: mbprom6@hotmail.com, via Registered Email and U.S. Mail.

By: s/ *Linda M. Reck*
Linda M. Reck

WPB 384319870v2