FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

2018 OCT 19 PM 2:05

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Marc Beaumont
    Plaintiff,

Case No. 6:18-CV-00712-PGB-GJK

v.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.;
THE BANK OF NEW YORK MELLON;
JONATHON MEISLES; MELISSA KONICK;
KRISTIN GOTTFRIED; MARKHOLMBERG;
IVY J. TAUB; MONICA DARROW;
AND JAMIE EPSTEIN,
    Defendants.

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiff, Marc Beaumont, who hereby respectfully requests that the Honorable Court grant Mr. Beaumont an Enlargement of Time of thirty (30) days through and including November 23, 2018, to prepare and submit his response to the Defendants ROBERTSON, ANSCHUTZ & SCHNEID, P.L.; THE BANK OF NEW YORK MELLON; JONATHON MEISLES; MELISSA KONICK; KRISTIN GOTTFRIED; MARKHOLMBERG; IVY J. TAUB; MONICA DARROW; AND JAMIE EPSTEIN Motion to Dismiss. And in support thereof the Plaintiff states:

### PRELIMINARY STATEMENT

1. On June 28, 2018, Plaintiff filed his amended verified complaint [DE 6].

2. On October 4, 2018 Defendants filed their Motion to Dismiss [DE 12], and accordingly Plaintiff's response is due by October 23, 2018.

3. Plaintiff was without internet during the period of time the Defendant's Motion to Dismiss was filed being unable to read his emails for a period of time and only received a mailed copy of the Motion on October 8, 2018 with a postage date of October 5, 2018.

4. Plaintiff is unrepresented and does not have a support staff, and Defendants have filed a lengthily motion to dismiss. Because of personal and business commitments, and time constraints, the unrepresented Plaintiff needs additional time to research and respond properly to the Defendants' motion.

5. This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.

## CERTIFICATE OF GOOD FAITH

Plaintiff hereby certifies that he conferred with counsel for defendant's by electronic mail, and that counsel for defendants did not oppose the relief requested but indicated 15 days instead of 30 days.

**WHEREFORE,** the plaintiff Marc Beaumont, respectfully moves this Honorable Court to issue an order: granting this motion allowing Plaintiff an enlargement of time of thirty (30) days, through and including November 23, 2018, within which to prepare and submit his response to defendant's Motion to Dismiss.    ,

Dated: October 18, 2018

Respectfully submitted,

By: /s/ Marc Beaumont
Marc Beaumont
1122 Meditation Loop
Port Orange, Florida 32129
386-760-5905
mbpromo6@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed by US mail to on the service list below on October 18, 2018.

Signed October 18, 2018

By: _____

## Service List

Jarret Cooper
Robertson, Anschuts & Schneid, P.L.
6409 Congress Ave. Suite 100
Boca Raton, FL 33487
Phone: (561) 241-6901
jcooper@rasflaw.com
Attorney for Defendants (attorney firm and attorneys)

Linda M. Reck
Greenburg Traurig, L.L.P.
450 So. Orange Ave., Suite 650
Orlando, FL 32801
(407) 420-1000
reckl@gtlaw.com
Attorney for defendant, Bank of New York Mellon