**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARC BEAUMONT,

    Plaintiff,

v.                                    Case No: 6:18-cv-712-Orl-40GJK

ROBERTSON, ANSCHUTZ &
SCHNEID, P.L., THE BANK OF NEW
YORK MELLON, JONATHON
MEISLES, MELISSA KONICK, KRISTIN
GOTTFRIED, MARK HOLMBERG, IVY
J. TAUB, MONICA DARROW and
JAMIE EPSTEIN,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants Robertson, Anschutz & Schneid, P.L., Jonathon Meisels, Melissa Konick, Kristen Gottfried, Mark Holmberg, Ivy J. Taub, Monica Darrow, and Jamie Epstein's Amended Motion to Dismiss (Doc 14 ("**First Motion**")), filed October 4, 2018, and Defendant The Bank of New York Mellon's Motion to Dismiss (Doc 24 ("**Second Motion**")), filed October 26, 2018. On October 19, 2018, *pro se* Plaintiff moved for an extension of time to file a response to the First Motion. (Doc. 22). On October 22, 2018, the Court granted the request and ordered Plaintiff to file a response by **November 23, 2018**. (Doc. 23). Plaintiff's response to the Second Motion was due on or before **November 12, 2018**. *See* Fed. R. Civ. Pro. 6(d) (requiring that a *pro se* party opposing a motion file a response within seventeen days after receiving service of the motion). Under Local Rule 3.01(b), such response must include a

memorandum of legal authority not to exceed twenty pages in length. To date, Plaintiff has not responded to either motion.

In the absence of a response, the Court finds that the motions are due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The First Motion to Dismiss (Doc. 14) is **GRANTED**.
2. The Second Motion to Dismiss (Doc. 24) is **GRANTED**.
3. The Amended Complaint (Doc. 6) is **DISMISSED WITHOUT PREJUDICE.**
4. On or before **Friday, December 14, 2018**, Plaintiff may file a second amended complaint. Failure to timely file will result in dismissal of this action with prejudice.

**DONE AND ORDERED** in Orlando, Florida on November 26, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties