**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARC BEAUMONT,**

   **Plaintiff,**

v.             Case No: 6:18-cv-712-Orl-40GJK

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L., THE BANK OF NEW YORK MELLON, JONATHON MEISLES, MELISSA KONICK, KRISTIN GOTTFRIED, MARK HOLMBERG, IVY J. TAUB, MONICA DARROW and JAMIE EPSTEIN,**

   **Defendants.**

___

**ORDER TO SHOW CAUSE**

  The Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.05.  Failure to respond shall result in a dismissal of this action without further notice from the Court.

  **DONE** and **ORDERED** in Orlando, Florida, on December 26, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party