UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE: 6:18-cv-00712-PGB-GJK

MARC BEAUMONT
    *Plaintiff,*
v.

ROBERTSON, ANSCHUTZ, & SCHNEID, P.L.,
THE BANK OF NEW YORK MELLON,
JONATHON MEISLES, MELISSA KONICK,
KRISTIN GOTTFRIED, MARK HOLMBERG,
IVY J. TAUB, MONICA DARROW,
and JAMIE EPSTEIN
    *Defendants.*
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

    Defendants Robertson, Anschutz, & Schneid, P.L., Jonathan Meisels, Melissa Konick, Kristen Gottfried, Mark Holmberg, Ivy J. Taub, Monica Darrow, and Jamie Epstein ("Defendants"), by and through undersigned counsel, respectfully requests that this Court enter an Order allowing the Parties' counsel to appear telephonically at the Case Management Conference, and in support thereof, state as follows:

    In connection with Local Rule, the Parties are required to hold a Case Management Conference, and to do so in person. Counsel for Defendants is located in Boca Raton, Florida and would therefore incur significant travel costs if its respective counsel travelled to and attended the Case Management Conference in person. In order to alleviate the potential burden of increased travel costs and time, the undersigned counsel has confirmed via email about the possibility of conducting the Case Management Conference telephonically, subject to the Court's approval, in order to save time, money, and other resources for the Parties.

    No party has any objection to conducting the Case Management Conference telephonically, and allowing counsel to attend by telephone. The telephonic appearance of the Parties' counsel will not prejudice any party or hamper the efficient running of the Case Management Conference.

Local Rule 3.01(i) encourages telephonic hearings and conferences whenever possible, particularly, as is the case here, when counsel are located in different cities.

### Rule 3.01(g) Certification

This motion is unopposed. Plaintiff Marc Beaumont and Linda Reck, Esq., counsel for Bank of New York Mellon were contacted via e-mail and have all stated that they do not oppose this motion.

WHEREFORE, Defendants Robertson, Anschutz, & Schneid, P.L., Jonathan Meisels, Melissa Konick, Kristen Gottfried, Mark Holmberg, Ivy J. Taub, Monica Darrow, and Jamie Epstein, respectfully seeks leave from this Court for counsel to appear telephonically at the Case Management Conference.

Respectfully submitted this 8th day of January, 2019 by:

>  */s/ Jarrett Cooper*
>  Jarrett Cooper, Esq.
>  Florida Bar No. 48380
>  Robertson, Anschutz & Schneid, P.L.
>  6409 Congress Ave., Suite 100
>  Boca Raton, FL 33487
>  Telephone: (561) 241-6901
>  Facsimile: (561) 997-6909
>  Email: jcooper@rasflaw.com
>  *Attorney for Defendants*

**CERTIFICATE OF SERVICE**
**CASE# 6:18-cv-00712**

**I HEREBY CERTIFY** that on this 8th day of January, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF System which will send an electronic notification of such filing to all participants in the Court's ECF filing system and served a true and correct copy of the foregoing via U.S. Mail and e-mail to: Marc Beaumont, *Pro se Plaintiff*, 1122 Mediation Loop, Port Orange, FL 32129; Email: mbpromo6@hotmail.com.

*/s/ Jarrett Cooper*
Jarrett Cooper, Esq.